## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

LYMAN W. WALKER,          )
                                 )
          Plaintiff,       )
v.                            )        NO. CIV-12-0363-HE
                                 )
CAROLYN W. COLVIN, Commissioner )
of Social Security Administration,    )
                                 )
         Defendant.    )

## ORDER

Plaintiff Lyman Walker instituted this action seeking judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying his applications for disability insurance benefits and supplemental security income. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to Magistrate Judge Shon T. Erwin who recommends that the decision be reversed and the matter remanded for further proceedings. Objections to the magistrate judge's recommendation were due by June 28, 2013.

The parties, having failed to object to the Report and Recommendation, waived their right to appellate review of the factual and legal issues it addressed. United States v. 2121 E. 30th St., 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Accordingly, the court adopts Magistrate Judge Erwins's Report and Recommendation [Doc. #20], **REVERSES** the final decision of the Commissioner, and

**REMANDS** the case for further proceedings consistent with the Report and Recommendation.  This does not suggest or imply any view as to whether plaintiff is or is not disabled or what result should be reached on remand.

**IT IS SO ORDERED**.

Dated this 10th day of July, 2013.

JOE HEATON
UNITED STATES DISTRICT JUDGE